# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL GONZALEZ | CRIMINAL ACTION<br>NO. 14-00015 |

## ORDER

**AND NOW**, this 19th day of February 2021, upon consideration of Manuel Gonzalez's Motion for Release (ECF No. 102) and the Government's Response (ECF No. 106) and associated exhibit (ECF No. 107), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.